**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___NJC___ D.C.

Jan 14, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 1:20-cv-24933-GAYLES

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JEFFREY P. DATTO, Ph.D., <br><br> Plaintiffs/Relator, <br><br> v. <br><br> UNIVERSITY OF MIAMI, <br><br> Defendant. | FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730 (b)(2) |

**RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Relator, JEFFREY P. DATTO, Ph.D. ("Relator"), pursuant to Fed. R. Civ. P. 4(a)(l)(A)(i), hereby files this Notice of Dismissal Without Prejudice of the Complaint and this action, and states as follows:

1. Relator brought the instant case under the *qui tam* provisions of the False Claims Act on behalf of the United States of America against Defendant University of Miami, for treble damages and civil penalties arising from the Defendant's alleged false claims in violation of the Federal False Claims Act, 31 U.S.C. § 3729, *et seq.*

2. The Complaint was filed under seal and has remained under seal.

3. Relator now files this Notice of Voluntary Dismissal Without Prejudice to dismiss the complaint and this case. The Defendant has not been served at this time.

4. Consent on the part of the United States Government is required to dismissal of the federal False Claims Act claims pursuant to the Federal False Claims Act, 31 U.S.C. § 3729, *et seq.*

5.      Relator is advised that counsel for the United States will be filing an appropriate notice with the Court and proposed order.

## CONSENT TO FILE

Pursuant to the CM/ECF Administrative Procedures Rule 3J.(3), Jeffrey P. Datto, Ph.D., has consented to the filing with the Sealed Filing Clerk of this Relator's Notice of Voluntary Dismissal Without Prejudice, by Assistant United States Attorney Christopher Cheek.

Respectfully submitted,

*Jeffrey P. Datto*
**JEFFREY P. DATTO, Ph.D.**
3352 W 98th Place
Hialeah, FL 33018
Tel: 786.593.1271
email: JPDatto@gmail.com

*Pro Se Relator*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 12, 2021, a copy of the foregoing RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, was filed under seal and served by email upon all parties on the attached Service List.

**Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because this case is still under seal.**

*Jeffrey P. Datto*
**JEFFREY P. DATTO, Ph.D.**

## SERVICE LIST

*United States of America, ex rel. Jeffrey P. Datto, Ph.D. v. University of Miami,*
CASE NO: 1:20-cv-24933-GAYLES
United States District Court, Southern District of Florida

| | |
|---|---|
| **Christopher Cheek**<br>**Assistant United States Attorney**<br>**Office of the United States Attorney**<br>**Southern District of Florida**<br>99 N.E. 4th Street, Third Floor<br>Miami, FL 33132<br><br>Email: Christopher.Cheek@usdoj.gov<br><br>Tel.: 305.961.9453<br><br>*Counsel for the United States of America* | **JEFFREY P. DATTO, Ph.D.**<br>3352 W 98th Place<br>Hialeah, FL 33018<br>Tel: 786.593.1271<br>email: JPDatto@gmail.com<br><br>*Pro Se Relator* |